TO: Clerk's Office  
    UNITED STATES DISTRICT COURT  
    EASTERN DISTRICT OF NEW YORK

**APPLICATION FOR LEAVE**  
**TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  
UNITED STATES OF AMERICA

    -v.-        22-MJ-814

CIPRIAN DUDA and    Docket Number  
MARIAN FLOREA  
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✔  
Name: Antoinette Rangel  
Firm Name: USAO-EDNY  
Address: 271 Cadman Plaza East  
        Brooklyn, NY 11201  
Phone Number: 718-254-7481  
E-Mail Address: Antoinette.Rangel@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✔  
If yes, state description of document to be entered on docket sheet:

**A) If pursuant to a prior Court Order:**  
Docket Number of Case in Which Entered:_____  
Judge/Magistrate Judge:_____  
Date Entered:_____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

Ongoing criminal investigation

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn , NEW YORK  
        8/2/22

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE 8/2/22  
                      DATE

**MANDATORY CERTIFICATION OF SERVICE:**  
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ✔ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

    August 2, 2022  
        DATE                      SIGNATURE