UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

CIPRIAN DUDA and
MARIAN FLOREA,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNSEALING ORDER

Docket No. 22-MJ-814

      Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Antoinette N. Rangel, for an order unsealing the complaint and arrest warrants in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrants in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           December 13, 2023

*Lois Bloom*
HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK